[No. 32730-2-III. Division Three. August 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. A.L.-A., *Appellant*.

 by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 33227-6-III. Division Three. August 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT L. FOWLER, *Appellant*.

 by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 32022-7-III. Division Three. August 20, 2015.]

*In the Matter of the Marriage of* DIANE L. WOOD, *Respondent*, and ZALE K. WOOD, *Appellant*.

 by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J., and Korsmo, J.

[No. 32270-0-III. Division Three. August 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA JOHN EDWARDS, *Appellant*.

 by unpublished opinion per Lawrence-Berrey, J., concurred in by Brown, A.C.J., and Korsmo, J.